**DISMISSED and Opinion Filed February 5, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01346-CR**
**No. 05-19-01347-CR**

**WILLIAM JEREMY NUTT, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-80013-2014 & 401-80012-2014**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Osborne

Before the Court is appellant's January 21, 2020 motion to dismiss these appeals. The motion is signed by appellant and counsel. *See* TEX. R. APP. P. 42.2(a). We grant the motion and dismiss the appeals.

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
191346F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

WILLIAM JEREMY NUTT, Appellant

No. 05-19-01346-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 401st Judicial District Court, Collin County, Texas
Trial Court Cause No. 401-80013-2014.
Opinion delivered by Justice Osborne, Justices Schenck and Reichek participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered February 5, 2020



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

WILLIAM JEREMY NUTT, Appellant

No. 05-19-01347-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 401st Judicial District Court, Collin County, Texas
Trial Court Cause No. 401-80012-2014.
Opinion delivered by Justice Osborne, Justices Schenck and Reichek participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered February 5, 2020